# EXHIBIT A

# PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                              :        Chapter 11
                                                   :
SOUTH SIDE HOUSE LLC,                              :        Case No. 09-43576 (ESS)
                                                   :
                        Debtor.                    :
                                                   :
------------------------------------------------------------X

**ORDER GRANTING APPLICATION OF JONATHAN L. FLAXER, TRUSTEE,
FOR ORDER SHORTENING TIME WITH RESPECT TO MOTION
(A) PURSUANT TO 11 U.S.C. § 363(B) OF THE BANKRUPTCY CODE AUTHORIZING
CHAPTER 11 TRUSTEE TO ENTER INTO A MANAGEMENT AGREEMENT WITH
PRC MANAGEMENT CORP. EFFECTIVE AS OF JANUARY 27, 2014; AND
(B) PURSUANT TO § 365(A) OF THE BANKRUPTCY CODE REJECTING
ANY MANAGEMENT OR OTHER SIMILAR AGREEMENT
WITH SOUTH SIDE ASSOCIATES EFFECTIVE AS OF JANUARY 27, 2014**

Upon the *ex parte* application (the "**Application**") of Jonathan L. Flaxer, as the Chapter 11 Trustee (the "**Trustee**") for the estate (the "**Estate**") of South Side House LLC (the "**Debtor**"), by and through his counsel, for the issuance and entry of an order shortening time for notice and hearing on the Trustee's motion dated January 27, 2014 [Dkt. No. 629] (the "**Motion**") (a) pursuant to § 363(b) of chapter 11 of title 11 of the United States Code (as amended, the "**Bankruptcy Code**") authorizing the Trustee to enter into a management agreement with PRC Management Corp. ("**PRC**") for management of the property located at 98-116 South Fourth Street, Brooklyn, New York 11249, and (b) pursuant to §365(a) of the Bankruptcy Code rejecting any management agreement that may exist between South Side Associates ("**SSA**") and the Debtor, in both cases effective as of the date of the Motion; and upon due deliberation; and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Application is granted to the extent set forth herein; and it is further

**ORDERED**, that the twenty-one (21) day notice period, otherwise applicable, is shortened, pursuant to Bankruptcy Rule 2002(a)(2) and 9006(c)(1); and it is further

1934816.1

**ORDERED**, that the hearing to consider approval of the relief requested in the Motion shall be held on _____ at __:00 _.m., before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, in Room 3585 at the United States Bankruptcy Court, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, NY 11201, or as soon thereafter as the Trustee may be heard.

**ORDERED**, that service of this Order, and the papers upon which it was based, shall occur by e-mail, if available, or overnight delivery service so as to received by ____ _.m. on _____, 2014 on: (i) the Debtor's counsel, Leo Fox, (ii) the Office of the United States Trustee, (iii) German American Capital Corporation, (iv) The Investors Group LLC, (v) SSA, (vi) PRC, and (vi) any party that has filed a Notice of Appearance, and such notice shall be shall be considered good and sufficient service; and it is further

**ORDERED**, that objections to the Application, if any, shall be set forth in writing and served by e-mail and filed with the Court through the Court's electronic filing system, so as to be received by (i) the Court, (ii) counsel to the Trustee, Golenbock Eiseman Assor Bell and Peskoe LLP, 437 Madison Avenue, New York, New York 10022 (Attn: Douglas L. Furth), and (iii) the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014, on or before _____ on January ____, 2014.

1934816.1